# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALANA TRIPLETT

VERSUS

THE SOCIETY, INC., ET AL

CIVIL ACTION

20-647-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 31, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Considering that Plaintiff has not established this Court's subject matter jurisdiction or state a claim against any defendant, and failed to timely file an amended complaint, as ordered, to try to do so. Additionally, she has not taken any action in this case for over a year.

**ACCORDINGLY**, this case is DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana, on this __17th__ day of May, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 40.